1 | THOMAS J. RICHARDSON #138104
Attorney at Law
2 | 2950 Mariposa
Fresno, California 93721
3 | Tele: (559) 264-6481
Fax: (559) 264-0240
4
Attorney for Defendant
5 | RAMIRO ROSAS

FILED

2005 SEP 30  P 3: 26

CLERK, US DIST. COURT
... ... CALIF

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,       )  Case No.: 1:2005mj00258
        Plaintiff,             )
                               )  SUBSTITUTION OF
    vs.                        )  ATTORNEY
                               )
RAMIRO ROSAS,                  )
        Defendant,             )
                               )
_____)

    RAMIRO ROSAS, defendant herein, substitutes Thomas J. Richardson, Attorney at Law, as his attorney of record in place of _R Beshwate_.

Dated: 9/27/05                          X _Ramiro Rosas_
                                           RAMIRO ROSAS

The undersigned agrees to the above substitution.

Dated: _____                       _____
                                           RICHARD A. BESHWATE, JR.

The undersigned agrees to the above substitution.

Dated: 9/27/05                          _____
                                           THOMAS J. RICHARDSON

It is so ordered.

Dated: __9/30/2005__

-2-